1020

## Will M. SMITH v. KINGAN & COMPANY.
### No. 5666.

Circuit Court of Appeals, Seventh Circuit.
Jan. 21, 1936.

For opinion below, see 12 F.Supp. 329.

Val Nolan, of Indianapolis, Ind., for appellant.

Thompson, Rabb & Stevenson, of Indianapolis, Ind., for appellee.

Before EVANS, Circuit Judge, and WOODWARD and BRIGGLE, District Judges.

PER CURIAM.

On motion of counsel for appellee, it is ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, and that the mandate of this court issue forthwith.

F. W. H. Adams, U. S. Atty., and Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., all of New York City (William F. Young, Sp. Asst. to U. S. Atty., of New York City, of counsel), for appellee.

Stanley Daggett, of New Haven, Conn., and William H. Edwards, of Providence, R. I. (Daggett & Hooker, of New Haven, Conn., and Edwards & Angell, of Providence,. R. I., of counsel), for Ponemah Mills, amici curiæ.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.

## STANDARD MILLING COMPANY, Appellant, v. Joseph T. HIGGINS, Individually and as Collector of Internal Revenue for the Third Collection District of New York, Appellee.
### No. 190.

Circuit Court of Appeals, Second Circuit.
Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Sullivan & Cromwell, of New York City (David W. Peck and John F. Dooling, Jr., both of New York City, of counsel), for complainant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen.,

## Frederic D. SUMMERALL, Appellant, v. UNITED FRUIT COMPANY, Appellee.
### No. 214.

Circuit Court of Appeals, Second Circuit.
Jan. 6, 1936.

For opinion below, see 11 F.Supp. 963.

Simone D. Gazan and Gazan & Caldwell, all of New York City, for appellant.

W. Dale Williams, of New York City (Roscoe H. Hupper and A. Howard Neely, both of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.